Stephen G. Recordon (SBN 91401)
**RECORDON & RECORDON**
225 Broadway, Suite 1900
San Diego, CA   92101
Telephone: (619) 232-1717
Facsimile: (619) 232-1382
sgrecordon@aol.com

Clinton Rooney (SBN 221628)
**ROONEY & LICKEL**
1102 Cesar Chavez Parkway
San Diego, CA 92113
Telephone: (619) 573-9547
Facsimile: (619) 546-0792
rooneycdi@gmail.com

Attorneys for Plaintiff, Juana Reyes

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA REYES,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No:<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure § 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: August 10, 2011

Stephen G. Recordon
Attorney for Plaintiffs
E-mail: sgrecordon@aol.com

1
NOTICE OF VOLUNTARY DISMISSAL